IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABRIEL ALANIS,
PASCUAL AGAPITO, and
LORENA LOPEZ,

    Plaintiffs,

v.                                        Case No. 09-cv-724

AURORA SUPERMERCADO, INC. #2,

    Defendant.

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendant Aurora Supermercado, Inc. #2, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Aurora Supermercado, Inc. #2 is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 11th day of January 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court