IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABRIEL ALANIS,
and LORENA LOPEZ,

        Plaintiffs,

    vs.

AURORA SUPERMERCADO, INC. #2

        Defendant.

Case No. 3:09-cv-724

**ORDER AND JUDGMENT**

WHEREAS the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that the Plaintiffs' claims arise under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.; and

WHEREAS venue is proper in this judicial district;

NOW THEREFORE, the parties, having stipulated to the entry of judgment in this action, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment shall be and the same is hereby entered against Defendant as follows:

1. in the amount of $1721.25 as the unpaid overtime wages owed to Plaintiff Lorena Lopez.

2. in the amount of $1721.25 as the liquidated overtime wage damages owed to Plaintiff Lorena Lopez.

3. in the amount of $535.00 is as the unpaid minimum wages owed to Plaintiff Lorena Lopez.

4. in the amount of $535.00 as the liquidated minimum wage damages owed to Plaintiff Lorena Lopez.

5. in the amount of $7,762.50 as the unpaid overtime wages owed to Plaintiff Gabriel Alanis.

6. in the amount of $7,762.50 as the liquidated overtime wage damages owed to Plaintiff Gabriel Alanis.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that judgment in the amount of $1493.08 is entered against Defendant and in favor of Plaintiffs for the statutory costs of this action and in the additional amount of $30,615.00 as the reasonable attorney's fees incurred by Plaintiffs in bringing this action.

SO ORDERED this 31st day of January, 2011.

_____
Honorable Stephen L. Crocker, Magistrate Judge
United States District Court, Western District of Wisconsin

JUDGMENT ENTERED this 1st day of February 2011.

_____
Peter Oppeneer, Clerk of Court

2